# Jacob Clark indorsee of William Haines *against* John Weldon.

One shall not be twice held to bail for the same cause of action, unless under very special circumstances.

MOTION to discharge the defendant on common bail.

A *capias* in case had been issued to last term, when the present motion was made, on the ground of the defendant having been arrested for the same cause of action in Newcastle county, in the state of Delaware, to November term 1803, and having entered special bail there in the Supreme Court.

Mr. J. Sergeant for the defendant now renewed his motion, stating his client to be resident in Newcastle county.

All the cases on this head are arranged in Sellons Pract. 42, 43.    1 Tidd 36, 37.    He produced the Delaware record.

Mr. Milnor for the plaintiff, offered to discontinue the suit in

[St. Clair *v.* Rempublicam.]

the state of Delaware, and declared that orders had been actually given already for that purpose.

BY THE COURT.    One shall not be twice held to bail for the same cause of action, unless under very special circumstances. No grounds are here shewn which can justify the court in varying the general rule.

The defendant was discharged on common bail.